IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA                         PLAINTIFF

VS.                                  CRIMINAL NO. 5:94-CR-22-DCB-1

WILSON ODELL BRYANT                            DEFENDANT

### ORDER ALLOWING REMISSION ON FINE

This cause came on for consideration on United States' Motion for Remission of Fine [#70] in accordance with the provisions of 18 U.S.C. § 3573.

The Court has considered the Motion and finds that it is well taken and should be granted.

Wherefore, all of the unpaid portion of the fine imposed on May 15, 1995, is hereby remitted.

SO ORDERED this the   9th   day of   August  , 2016.

                                               s/ David Bramlette
                                             HONORABLE DAVID C. BRAMLETTE
                                             UNITED STATES DISTRICT JUDGE